O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IVAN SANTIAGO CASTILLO,                )        CASE NO. ED CV 14-01622 RZ
                                       )
                    Plaintiff,         )
                                       )        JUDGMENT
          vs.                          )
                                       )
CAROLYN W. COLVIN,                     )
Acting Commissioner of Social Security,)
                                       )
                    Defendant.         )
_____)

        In accordance with the Memorandum Opinion and Order filed concurrently herewith,

        IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

        DATED:    March 16, 2015

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE